STATE OF CONNECTICUT *v.* BRUSHAUN L. THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 288 (AC 29654), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided May 5, 2010